1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STRATEGIC OPERATIONS, INC.,

Plaintiff,

v.

CAROLE GIANNINI, et al.,

Defendants.

Case No.:  18-CV-189 JLS (WVG)

**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

(ECF No. 15)

Presently before the Court is Defendants Carol Giannini and Glacier Technical Solutions, LLC's Motion to Stay (ECF No. 15).  The Court **VACATES** the hearing currently set for November 15, 2018, at 1:30 p.m., and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  November 7, 2018

Hon. Janis L. Sammartino
United States District Judge

1